

**IT IS ORDERED as set forth below:**

Date: July 21, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO. *18-65224* |
| | : |
| TRENT ONDREA JONES and | : |
| BRIDGET LASHELL JONES | : |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtors. | : JUDGE SACCA |

**ORDER GRANTING DEBTOR'S MOTION
TO SUSPEND CHAPTER 13 PLAN PAYMENTS**

Before the Court is a motion by debtors Trent Ondrea Jones and Bridget Lashell Jones to suspend their Chapter 13 plan payments for the months of June, July and August, 2020 (Docket 47). The motion is based on a reduction of debtors' income due to the COVID-19 coronavirus crisis. Notice of the opportunity to object and for hearing was provided pursuant to the procedures set forth in General Order 24-2018, and no objection to the debtors' motion was filed

prior to the objection deadline or prior to the hearing date.

A hearing on this matter was scheduled for 10:45 AM on Tuesday, July 14, 2020. The Chapter 13 trustee and all creditors were properly serviced with notice of this hearing. Debtors' counsel and counsel for the Chapter 13 trustee appeared at the call of the calendar. No other party in interest appeared to contest the debtors' motion. Counsel for the Chapter 13 trustee announced that she has no opposition to the debtors' motion.

It is hereby ORDERED that the debtors' motion is GRANTED and their Chapter 13 plan payments are suspended for the months of June, July and August 2020. Debtors shall resume making Chapter 13 plan payments with the September 2020 payment and debtors shall resolve any terms issue that has arisen or may arise following the resumption of payments.

END OF DOCUMENT

This Order prepared by                                    No opposition


_____/s_____                                     _____/s/_____
Jonathan C. Ginsberg                                     Maria Joyner (signed with express
Attorney for debtor                                      permission by Jonathan Ginsberg)
Georgia Bar No 295690                                    Georgia Bar No. 118350
1854 Independence Square                                 Office of Chapter 13 Trustee
Atlanta, GA 30338                                        303 Peachtree Center Ave. NE
770-393-4985                                             Suite 120
email: ginsbergecf@gmail.com                             Atlanta, GA 30303
                                                         678-992-1201

Distribution List

The Clerk shall serve all parties on the mailing matrix