**IT IS ORDERED as set forth below:**



Date: July 21, 2020

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO. ***18-65224*** |
| | : |
| TRENT ONDREA JONES and | : |
| BRIDGET LASHELL JONES | : |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtors. | : JUDGE SACCA |

**ORDER GRANTING COUNSEL'S
APPLICATION FOR ATTORNEY'S FEES**

Before the Court is a motion by attorney Jonathan Ginsberg for three hundred ($300) dollars in attorneys' fees for services performed on behalf of debtors Trent Ondrea Jones and Bridget Lashell Jones in the above-styled Chapter 13 case (Docket 48). Counsel is requesting fees for his work in preparing, filing, serving and appearing to petition the Court for a suspension in the debtors' Chapter 13 plan obligations for the months of June, July and August, 2020

(Docket 47).   Notice of the opportunity to object and for hearing was provided pursuant to the procedures set forth in General Order 24-2018.  Counsel for the Chapter 13 filed trustee an objection to debtors' counsel's application (Docket 51). No objection to the counsel's application was filed by any other party prior to the objection deadline or prior to the hearing date.

A hearing on this matter was scheduled for 10:45 AM on Tuesday, July 14, 2020.  The Chapter 13 trustee and all creditors were properly serviced with notice of this hearing.  Debtors' counsel and counsel for the Chapter 13 trustee appeared at the call of the calendar.  No other party in interest appeared to contest debtors' counsel's fee application.  Counsel for the Chapter 13 trustee and counsel for the debtors conferred prior to the call of the calendar and counsel for the Chapter 13 trustee announced that she would withdraw her objection to debtors' counsel's fee application.

It is hereby ORDERED that the debtors counsel's fee application is GRANTED.  The Chapter 13 trustee is directed to disburse an additional $300 to debtors's counsel pursuant to the terms of the debtors' confirmed Chapter 13 plan.

END OF DOCUMENT

| | |
|---|---|
| This Order prepared by | No opposition |
| /s  | /s/ |
| Jonathan C. Ginsberg | Maria Joyner (signed with express |
| Attorney for debtor | permission by Jonathan Ginsberg) |
| Georgia Bar No 295690 | Georgia Bar No. 118350 |
| 1854 Independence Square | Office of Chapter 13 Trustee |
| Atlanta, GA 30338 | 303 Peachtree Center Ave. NE |
| 770-393-4985 | Suite 120 |
| email: ginsbergecf@gmail.com | Atlanta, GA 30303 |
| | 678-992-1201 |

Distribution List

The Clerk shall serve all parties on the mailing matrix

Case 18-65224-jrs    Doc 53    Filed 07/22/20    Entered 07/22/20 11:20:46    Desc Main
Document      Page 3 of 3