IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRENT ONDREA JONES AND BRIDGET LASHELL JONES
P.O. BOX 80082
ATLANTA, GA  30366

**CASE NO.:** A18-65224-JRS

**CHAPTER:** 13

**FINAL NOTICE CONCERNING YOUR 2019 TAX RETURN AND
POTENTIAL DISMISSAL OF YOUR CASE**

You are required to submit a copy of your tax return to the Trustee every year. My records reflect that I have not received a copy of your 2019 Federal Income Tax Return, including all supporting schedules. **A copy of your 2019 tax return needs to be received by the Trustee no later than September 30, 2020 to avoid a Motion to Dismiss being filed in your case.** Please provide a copy of your return to your bankruptcy attorney so that they may review the return with you and then your attorney will provide a copy to the Trustee. If you are not required to file a tax return for 2019, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **You need to mail any required tax refund money payable to the Chapter 13 Trustee at the address below by September 30, 2020**. Please make a note that the funds are your tax refund. You may also pay online using the Trustee's EPAY or TFS system.
Go to the website for further information: http://www.njwtrustee.com/debtor-resources/e-pay/.

*Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.*

On the 2nd day of September, 2020, this Notice was mailed to the Debtor(s) at the above address by first class mail.

__/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941

**Mailing Address:**
**Nancy J. Whaley**
**Suite 120, Suntrust Garden Plaza**
**303 Peachtree Center Avenue**
**Atlanta, GA 30303**

**Fax: 678-992-1202**