UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO. *18-65224* |
| | : |
| TRENT ONDREA JONES and | : |
| BRIDGET LASHELL JONES | : |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtors. | : JUDGE SACCA |

## APPLICATION FOR ADDITIONAL COMPENSATION

COMES NOW Jonathan C. Ginsberg, counsel of record for debtors Trent Ondrea Jones and Bridget Lashell Jones, debtors in the above-styled Chapter 13 case, and files this Application for Additional Compensation and respectfully represents the following:

1.

Pursuant to Paragraph 4(B) of the Chapter 13 plan in this case, attorney Ginsberg is entitled to additional compensation, over and above the base fee, for specific services agreed to by the debtors and rendered by Ginsberg Law Offices, P.C., as listed in the Disclosure of Compensation of Attorneys for debtors, filed in this case.

2.

The basis for the additional fees is that Ginsberg Law Offices, P.C. successfully resolved a Trustee Motion to Dismiss that was filed on September 10, 2020 (Doc No. 57). Therefore, attorney Ginsberg and Ginsberg Law Offices is applying for an additional fee of $350.00.

3.

Jonathan Ginsberg is applying for allowance and payment of the above-stated fee as set forth in the 2016(b) Disclosure Statement filed in this case and Paragraph 4(B) of the plan.

WHEREFORE, Jonathan Ginsberg prays for an Order granting his application for Additional Compensaton as set forth above.

Executed on ___October 28, 2020___       By: /s/ _____
                                              Jonathan C. Ginsberg
                                              Attorney for Debtors
                                              Georgia Bar No. 295690

Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338
(770) 393-4985
email: ginsbergecf@gmail.com

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on this day I served the following parties with a copy of the attached Application for Compensation" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Trent and Bridget Jones
P.O. Box 80082
Atlanta, GA 30366

United States Trustee
362 Russell Federal Building
75 Ted Turner Dr. SW
Atlanta, GA 30303

I further certify that Nancy J. Whaley, the Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner, I served the parties listed on the attached mailing matrix by e-mail if so requested or by postal mail at the addresses indicated therein.

Dated: October 28, 2020

/s/
Jonathan C. Ginsberg
Attorney for Debtors
Georgia Bar No. 295690
Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338
Phone: 770-393-4985
Fax: 770-393-0240
E-mail: ginsbergecf@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-65224-jrs<br>Northern District of Georgia<br>Atlanta<br>Tue Oct 27 16:50:54 EDT 2020 | AICA Ortho Spine<br>P.O. Box 500067<br>Atlanta, GA 31150-0067 | Ally Financial<br>P.O. Box 130424<br>Saint Paul, MN 55113-0004 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ashley Funding Services, LLC ISAOA as assign<br>Reimbursement Technologies, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Reimbursement<br>Technologies, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Brown Arrowhead Clinic<br>P.O. Box 142219<br>Fayetteville, GA 30214-6511 | Bureaus Investment #15<br>c/o PRA Receivables<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Capital One Auto Finance<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One, NA<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Capital Bank/Paypal<br>co Weinstein & Riley PS<br>2001 Western Ave., Suite 400<br>Seattle, WA 98121-3132 | Department Stores Nat'l Bank<br>c/o Quantum3 Group, LLC<br>P.O. Box 657<br>Kirkland, WA 98083-0657 | Department of Justice, Tax Div<br>Civil Trial, Southern Region<br>P.O. Box 14198<br>Washington, DC 20044-4198 |
| Discover Bank<br>Discover Products, Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Jonathan C. Ginsberg<br>Ginsberg Law Office, PC<br>1854 Independence Square<br>Atlanta, GA 30338-5150 |
| IRS, Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>401 W. Peachtree St., NW<br>Stop 334-D<br>Atlanta, GA 30308 | Bridget Lashell Jones<br>P.O. Box 80082<br>Atlanta, GA 30366-0082 |
| Trent Ondrea Jones<br>P.O. Box 80082<br>Atlanta, GA 30366-0082 | Maria C. Joyner<br>Nancy J. Whaley,<br>Standing Chapter 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Citibank<br>Resurgent Capital<br>10587<br>Greenville, SC 29603-0587 | LVNV Funding/GE Money<br>Resurgent Capital<br>10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Vanessa A. Leo<br>Shapiro Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway NE<br>Suite 300<br>Atlanta, GA 30346-1305 | Navient Solutions, LLC<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 | Navient Solutions, LLC<br>220 Lasley Ave.<br>Wilkes Barre, PA 18706-1430 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Office of the Attorney General<br>40 Capitol Square SW<br>Atlanta, GA 30334-9057 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard<br>Jefferson Capital<br>P.O. Box 7999<br>Saint Cloud, MN 56302-7999 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Dept. of Education<br>c/o Nelnet<br>121 South 13th St., Suite 201<br>Lincoln, NE 68508-1911 | United States Attorney<br>600 Russell Federal Building<br>75 Ted Turner Dr. SW<br>Atlanta, GA 30303-3315 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, NA<br>Wells Fargo Card Services<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |
| eCast Settlement Corporation<br>P.O. Box 29262<br>New York, NY 10087-9262 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Georgia Department of Revenue<br>ARCS-Bankruptcy<br>1800 Century Blvd. NE, Ste 9100<br>Atlanta, GA 30345-3202 | Portfolio Recovery Associates<br>successor to Synchrony<br>P.O. Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Financial Inc.

(d)Capital One Auto Finance
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    48
Bypassed recipients     2
Total                  50