

**IT IS ORDERED as set forth below:**

**Date: October 29, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO. *18-65224* |
| TRENT ONDREA JONES and<br>BRIDGET LASHELL JONES | :<br>:<br>: CHAPTER 13 |
| Debtors. | : JUDGE SACCA |

ORDER SETTING OBJECTION DEADLINE ON APPLICATION FOR
COMPENSATION, SETTING HEARING IF OBJECTIONS ARE FILED,
AND GRANTING APPLICATION IN THE ABSENCE OF
FILED OBJECTIONS

On October 28, 2020, debtor's attorney ("Counsel") filed an Application for Compensation (the "Application") (Doc. No. 59). The Application seeks approval of additional compensation for services rendered, and/or expenses incurred. In the Application, Counsel

asserts that he is entitled to an additional $350.00 for amending the debtors' plan in response to the Chapter 13 trustee's Motion to Dismiss, pursuant to the Attorney-Client Agreement signed by the debtors, and the Disclosure of Compensation ("2016(b) Statement") filed on September 11, 2018 (Doc. No. 1).

Upon review of the Application, the Rule 2016(b) Statement and the docket in this case,

IT IS ORDERED that any objections to the Application must be filed with the Clerk of this Court and served on Counsel and the Chapter 13 Trustee no later than 21 days after entry of this Order and Notice (the "Objection Deadline").

IT IS FURTHER ORDERED that, if no objections are filed by the Objection Deadlin, the attorney's fee and/or expenses requested in the Application shall be allowed as of the date of the Objection Deadline, subject to the provisions of General Order 22-2017, and the Chapter 13 trustee shall pay such allowed fees pursuant to the confirmed plan in this case and the provisions of General Order 22-2017.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that, if an objection is filed on or before the Objection Deadline, a hearing will be held at 9:40 AM on December 1, 2020 in Courtroom 1404, United States Courthouse, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303.

IT IS FURTHER ORDERED that given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak <http://www.ganb.uscourts.gov/important-information-regarding-court-operations-during-covid-19-outbreakk.

The Clerk is DIRECTED to serve a copy of this Order upon debtors, Counsel, the Chapter 13 trustee, and all parties requesting notice in this case.

**END OF ORDER**

Prepared by:

___/s/_____
Jonathan C. Ginsberg
Georgia Bar No. 295690
Attorney for Debtors
Ginsberg Law Offices
1854 Independence Square
Atlanta, GA 30338
770-393-4985
ginsbergecf@gmail.com