**IT IS ORDERED as set forth below:**



**Date: November 11, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **TRENT ONDREA JONES** | **:** | **CASE NUMBER A18-65224-JRS** |
| **BRIDGET LASHELL JONES** | **:** | |
| **DEBTORS** | **:** | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On October 20, 2020 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtors shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is

completed. Debtors shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtors fail to make any payment due pursuant to the Plan on a timely basis for twelve (12) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

PRESENTED BY:

____/s/_____
Maria C. Joyner
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
678.992.1201

CONSENTED BY:

____/s/_____
Jonathan C. Ginsberg
Attorney for Debtors
GA Bar No. 295690
Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338
*Signed by Maria C. Joyner*
*with express permission*

## DISTRIBUTION LIST

**Case No.: A18-65224-JRS**

Trent Ondrea Jones
Bridget Lashell Jones
P.O. Box 80082
Atlanta, GA 30366

Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303